NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-3298

LOUIS J. DE MAIO

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in PH0831060036-I-1.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

The Office of Personnel Management (OPM) moves for an extension of time, until July 13, 2009, to file its brief. Louis J. De Maio opposes and moves to strike OPM's brief. OPM responds.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion for an extension of time is granted.

(2)     The motion to strike is denied.

FOR THE COURT

JUL 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     Louis J. De Maio
        Michael J. Dierberg, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 3 0 2009

JAN HORBALY
CLERK